**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| **MICHAEL BROCKMAN,** <br> Plaintiff, <br> v. <br><br> **NAES CORPORATION** <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION NO.:** <br> **3:19-cv-00006** <br><br><br><br> June 21, 2021 |
|---|---|---|

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the Complaint and this Action may and shall be dismissed with prejudice and without costs or attorney's fees.

Plaintiff Michael Brockman

By /s/ Deborah McKenna_____
Deborah McKenna (ct 17326)
Hayber, McKenna & Dinsmore, LLC
900 Chapel Street, 11th Floor
New Haven, CT 06510
Ph: 203-691-6491
Fax: 860-218-9555
dmckenna@hayberlawfirm.com

Defendant NAES Corporation

By: /s/ Lori Alexander_____
Lori B. Alexander (ct08970)
Littler Mendelson, P.C.
265 Church Street, Suite 300
New Haven, CT 06510
Ph: 203.974.8701
Fax: 203.974-8799
lalexander@littler.com